UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In re:

**Howard Deal & Julie Deal,**      Case No. 13-21498
     Chapter 13 Proceeding
Debtor(s),      Hon. Daniel S. Opperman
_____/

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM 13-1 - MICHIGAN DEPARTMENT OF TREASURY, BANKRUPTCY UNIT

      NOW COMES the Debtors, **Howard Deal and Julie Deal** by and through counsel, KIMBERLY KRAMER, P.L.C., by KIMBERLY A. KRAMER, and hereby withdraws their Objection to Proof of Claim 13.

       Respectfully Submitted,
       KIMBERLY KRAMER, P.L.C.

Dated: November 12, 2013      /s/Kimberly A. Kramer
       KIMBERLY A. KRAMER (P59045)
       916 Washington Avenue, Suite 320
       Bay City, MI 48708
       (989) 671-4333
       Kimberlykramerplc@sbcglobal.net